*Thomas Richardson,* for appellee.

## 35565. DE ARMAS v. DE ARMAS.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

Submitted November 2, 1979 — Decided November 26, 1979.

*J. Eugene Wilson,* for appellant.
*George L. Barron, Jr.,* for appellee.